

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2015

No. 04-15-00143-CV

**IN THE INTEREST OF M.J.A.G.**,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00911
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The reporter's record was due on March 16, 2015, but has not been filed. We therefore the court reporter responsible for preparing the reporter's record to file the reporter's record on or before **April 6, 2015**. **NO EXTENSIONS WILL BE GRANTED.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court